COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-170-CV

IN RE LUIS ARROYO, JR. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus.  Because relator is represented by post-conviction counsel in the trial court, this court is of the opinion that relief should be denied.  
See Rudd v. State
, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981); 
Webb v. State
, 533 S.W.2d 780, 784 & n.2 (Tex. Crim. App. 1976).  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL B: DAY, LIVINGSTON, and WALKER, JJ.

DELIVERED: June 18, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.